UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CARMELLA BUCCAFUSCO,

                Plaintiff,

      - against -

RESORTS CASINO HOTEL ATLANTIC CITY,

                Defendant.
------------------------------------------------------------------X

**NOTICE OF REMOVAL**

Case No.:

Assigned to:

      **PLEASE TAKE NOTICE**, that pursuant to 28 U.S.C. §1332, § 1441(a) and 28 U.S.C. §1446, the defendant, DGMB CASINO LLC, d/b/a RESORTS CASINO HOTEL i/c/s/h/a RESORTS CASINO HOTEL ATLANTIC CITY, by their attorneys, **MARKS, O'NEILL, O'BRIEN DOHERTY & KELLY, P.C.**, hereby remove the above-captioned case from Supreme Court of the State of New York, Kings County, to the United States District Court for the Eastern District of New York on the basis of diversity of citizenship conferred by 28 U.S.C. §1332.

Dated: New York, New York
       November 23, 2020

                                            /s/ *Karen M. Lager*
                                            **KAREN M. LAGER**

                                            **MARKS, O'NEILL, O'BRIEN,**
                                            **DOHERTY & KELLY, P.C.**
                                            Attorneys for Defendants
                                            **DGMB CASINO LLC, d/b/a**
                                            **RESORTS CASINO HOTEL**
                                            **i/c/s/h/a RESORTS CASINO HOTEL**
                                            **ATLANTIC CITY**
                                            10 Grand Central
                                            155 East 44th Street
                                            Suite 2500
                                            New York, New York  10017
                                            (212) 967-0080
                                            File No.: 1446.109123

{NC264017.1}

TO:

**NEIL COHEN**
Attorney for Plaintiff
**CARMELLA BUCCAFUSCO**
32 Court Street
Brooklyn, New York 11201
(718) 624-3246